Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MAHONEY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; ONE ADVANTAGE, LLC formerly known as FIRSTSOURCE ADVANTAGE, LLC a foreign limited-liability company; SANTANDER CONSUMER USA, INC., a foreign corporation;<br><br>Defendants. | Case No.:  2:16-cv-00167-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Jeffrey Mahoney, and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///
///
///
///
///
///
///
///
///

Therefore, the Parties stipulate and agree, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred in this matter. Respectfully Submitted.

DATED this 13th day of July, 2016.

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
***Attorneys for Plaintiff***

DATED this 13th day of July, 2016.

**SNELL & WILMER LLP**

*/s/ V.R. Bohman*
V.R. Bohman, Esq.
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
***Attorneys for Experian Information Solutions, Inc.***

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), Defendant Experian is dismissed with prejudice, and each party will bear their own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 14, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served and mailed to the following parties.

> V. R. Bohman, Esq.
> **SNELL & WILMER LLP**
> 3993 Howard Hughes Parkway, Suite 1100
> Las Vegas, Nevada 89169
> vbohman@swlaw.com
> *Attorneys for Experian Information Solutions, Inc.*

Dated this 13th day of July, 2016.

                                             */s/ Amanda Muick*              .